UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-14078-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA,

v.

SARAH TIPFUN,

Defendant.
_____/

FILED by _____ D.C.

FEB 15 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## FACTUAL PROFFER

Had this matter proceeded to trial, the government would have proved the following beyond a reasonable doubt:

From December 2011 to October 2012, Sarah TIPFUN conspired with others, including SATAPORN PANOMWAN NA AYUTTAYA, a/k/a Kim, CHATCHAI NAKORNPRAI, a/k/a Tony, and BOONTING NUAMPATON, a/k/a Tina, to fraudulently obtain United States alien registration receipt cards ("green cards") by paying bribes to an agent and officer of the Department of Homeland Security ("DHS"). Unbeknownst to TIPFUN and her co-conspirators, the DHS agent was acting in an undercover capacity.

### A.    Background of the Investigation

The investigation began when DHS received a tip from a confidential informant that TIPFUN had approached a United States citizen about marrying one of her illegal workers so the worker could obtain a green card. As a result of that information, the confidential informant introduced an undercover DHS law enforcement agent to TIPFUN on December 22, 2011. The DHS agent was posing as a corrupt immigration officer who could fraudulently obtain and sell green cards to TIPFUN. The DHS agent explained that he could acquire these green cards by creating phony investigative files purporting to document the green card applicants as witnesses or victims. TIPFUN agreed to recruit Thai people to buy the green cards, and agreed to a price of $20,000 per green card that was fraudulently obtained. TIPFUN agreed to pay half of the fee up-front when the alien was fingerprinted and photographed by the DHS agent, and half upon delivery of the green card. TIPFUN told the DHS agent she could introduce him to others who were willing to recruit additional buyers and facilitate the purchase of fraudulently obtained immigration documents.

B.  The Defendants Charged in the Indictment

During the course of the conspiracy, TIPFUN purchased green cards for forty-three aliens, most of whom were Thai Nationals and illegally present in the United States. Some of these aliens worked for TIPFUN, or worked at other Thai restaurants in the Southern District of Florida and nearby cities. Other aliens flew to Florida from as far away as Virginia, Illinois, Ohio and California to be processed for illegal green cards. Although the DHS agent charged only $20,000 per green card, TIPFUN charged most of the aliens $25,000 per green card. As a result, TIPFUN generally made a profit of $5,000 for each green card sold. TIPFUN made this profit despite repeatedly telling the DHS agent in recorded meetings that she was not charging any additional fees, and repeatedly telling that green card buyers that she was not making anything on the deal and was only trying to "help people."

During the conspiracy, the DHS agent was introduced to other restaurant owners who recruited aliens to buy green cards and otherwise participated in the scheme. Specifically, the DHS agent was introduced to TIPFUN's boyfriend, Sataporn PANOMWAN NA AYUTTAYA, aka Kim, who was present at all of the meetings to process aliens. PANOMWAN NA AYUTTAYA told the DHS agent that he owned a fried chicken restaurant in Gifford, Florida. During some of the meetings, PANOMWAN NA AYUTTAYA helped TIPFUN by collecting copies of the aliens' paperwork and filing them in a folder. PANOMWAN NA AYUTTAYA also exchanged some of the aliens' money at the bank so the DHS agent could be paid in larger bills as requested, and assured the DHS agent that payments had been counted and/or double counted. PANOMWAN NA AYUTTAYA also emailed some of the aliens' immigration documents to the DHS agent using an email address registered to TIPFUN. At trial, the government could prove that PANOMWAN NA AYUTTAYA recruited five aliens to the scheme. There is no evidence that PANOMWAN NA AYUTTAYA charged the buyers he recruited an additional fee for introducing them to TIPFUN and the DHS agent. There is no evidence that PANOMWAN NA AYUTTAYA made a profit from the sale of the green cards.

The DHS agent also met Chatchai NAKORNPRAI, aka Tony, at the first meeting to process aliens. TIPFUN told the DHS agent that NAKORNPRAI was a restaurant owner from Melbourne, Florida who wanted to buy cards but was concerned about whether the cards would be real. At the first meeting to process aliens, NAKORNPRAI assisted the aliens in filling out their green card applications, and questioned the DHS agent about the documentation needed to obtain the green cards. At the end of the first meeting, the DHS agent spoke with NAKORNPRAI privately and reassured him that the cards would be genuine. On June 9, 2012, NAKORNPRAI met with the DHS agent, TIPFUN and PANOMWAN NA AYUTTAYA in Melbourne, Florida. NAKORNPRAI asked the DHS agent to take payment plans from the aliens so more aliens could buy green cards. When the DHS agent expressed reluctance to do so, NAKORNPRAI personally guaranteed payment to the DHS agent if any alien failed to pay for the green cards. TIPFUN and NAKORNPRAI also asked the DHS agent if he could smuggle aliens from Thailand. The DHS agent responded affirmatively, but said it would cost $60,000 per alien and could only be done in groups of five or more. At trial, the government could prove that NAKORNPRAI recruited six aliens to the scheme. The

2

government could also prove that NAKORNPRAI charged at least three of the six aliens $2,500 in addition to TIPFUN's price for introducing them to TIPFUN and the DHS agent.

The DHS agent was also introduced to Boonting NUAMPATON, aka Tina. NUAMPATON recruited five aliens to buy green cards, and transported aliens to and from the meetings in her 2010 silver Honda Odyssey, set forth in the criminal forfeiture provision of the Indictment. There is no evidence that NUAMPATON charged the aliens she recruited an additional fee for introducing them to TIPFUN and the DHS agent. There is no evidence that NUAMPATON made a profit from the sale of the green cards.

### C. Meetings for Aliens to Buy Green Cards

TIPFUN arranged the first meeting for aliens to buy green cards at her residence in Vero Beach, Florida on January 9, 2012. TIPFUN was present along with PANOMWAN NA AYUTTAYA and NAKORNPRAI. Two Thai aliens, who had been transported to the meeting by NUAMPATON, were also present. The aliens were fingerprinted and provided passport photographs and completed green card applications to the DHS agent. TIPFUN and NAKORNPRAI helped the aliens fill out the green card applications. TIPFUN then paid the DHS agent $20,000 as a down payment for the two green cards.

The second meeting for aliens to buy green cards occurred on or about January 20, 2012 at a restaurant owned by TIPFUN in Fort Pierce, Florida. TIPFUN, PANOMWAN NA AYUTTAYA and three Thai aliens met with the DHS agent to buy green cards. The three aliens were fingerprinted and photographed by the DHS agent, and provided completed green card applications to the DHS agent. TIPFUN paid the DHS agent $30,000 as a down payment for three green cards.

The next meeting for aliens to buy green cards occurred at TIPFUN's residence in Vero Beach, Florida on or about February 10, 2012. TIPFUN, PANOMWAN NA AYUTTAYA and two aliens met with the DHS agent to buy green cards. The two aliens were fingerprinted and photographed by the DHS agent, and provided completed green card applications to the DHS agent. TIPFUN paid the DHS agent $20,000 as a down payment for two green cards.

The next meeting for aliens to buy green cards occurred at TIPFUN's residence in Vero Beach, Florida on or about April 19, 2012. TIPFUN, PANOMWAN NA AYUTTAYA, and five aliens met with the DHS agent to buy green cards. The aliens were fingerprinted and photographed by the DHS agent, and provided completed green card applications to the DHS agent. SARAH TIPFUN paid the DHS agent $50,000 as a down payment for five green cards.

Throughout these first meetings, TIPFUN repeatedly stated to the DHS agent that she had more people who wanted to buy green cards, but were worried that the cards would not be genuine. Once they received the first green cards and confirmed that the green cards were real, TIPFUN assured that many more would join in the scheme.

On or about May 24, 2012, the DHS agent delivered five United States green cards for the first five individuals who had been processed. The DHS agent met with TIPFUN, PANOMWAN NA AYUTTAYA, NUAMPATON and the two aliens who had been processed on January 9, 2012 at TIPFUN's residence to deliver the green cards. As before, NUAMPATON transported the two aliens to the meeting. The DHS agent gave the two aliens green cards in their names. The DHS agent gave the remaining three green cards to TIPFUN. During the meeting, PANOMWAN NA AYUTTAYA inspected one of the illegally purchased green cards and compared it to his own green card to determine whether the fraudulently obtained card appeared to be authentic. NUAMPATON and TIPFUN asked the DHS agent what the aliens should say if asked when traveling how they obtained their green cards. The DHS agent said they should say it was a "diversity visa." NUAMPATON told the DHS agent that she intended to bring three more aliens to the next meeting to buy green cards. TIPFUN paid the DHS agent $40,000 as a final payment for four green cards and said she would provide a final payment for the fifth green card at a later date.

The next meeting for aliens to buy green cards occurred at TIPFUN's residence in Vero Beach, Florida on or about May 30, 2012. TIPFUN, PANOMWAN NA AYUTTAYA, NUAMPATON and eight aliens met with the DHS agent to buy green cards. Three of the aliens were transported by NUAMPATON. The aliens were fingerprinted and photographed by the DHS agent, and provided completed green card applications to the DHS agent. TIPFUN paid the DHS agent $80,000 as a down payment for eight green cards. TIPFUN also paid the DHS agent an additional $10,000 as a final payment for one of the green cards previously received on May 24, 2012.

The next meeting for aliens to buy green cards occurred at TIPFUN's residence in Vero Beach, Florida on or about June 27, 2012. TIPFUN, PANOMWAN NA AYUTTAYA and four aliens met with the DHS agent to buy green cards. The aliens were fingerprinted and photographed by the DHS agent, and provided completed green card applications to the DHS agent. TIPFUN paid the DHS agent $30,000 as a down payment for three of the green cards. Approximately a week later, a $3,000 deposit was made into a bank account set up by the DHS agent as a partial down payment for the fourth green card.

The next meeting to buy green cards occurred at TIPFUN's residence in Vero Beach, Florida on or about July 10, 2012. TIPFUN, PANOMWAN NA AYUTTAYA and one alien met with the DHS agent to buy a green card. The alien was fingerprinted and photographed by the DHS agent, and provided a completed green card application to the DHS agent. TIPFUN paid the DHS agent $10,000 as a down payment for one green card.

After the meeting on July 10, 2012, TIPFUN and PANOMWAN NA AYUTTAYA traveled to Thailand. On or about July 26, 2012, the DHS agent advised TIPFUN that green cards had arrived for the two aliens who purchased illegal green cards on February 10, 2012. TIPFUN arranged for the two aliens to meet with the DHS agent at TIPFUN's Thai restaurant in Fort Pierce, Florida. The DHS agent met with the two aliens and delivered green cards in their names. The aliens paid $20,000 to the DHS agent as final payment for two green cards.

4

While TIPFUN and PANOMWAN NA AYUTTAYA were in Thailand, the DHS agent told TIPFUN that the remaining green cards would arrive in October 2012. TIPFUN responded that she would return to the United States to obtain the green cards. On or about September 6, 2012, PANOMWAN NA AYUTTAYA, using an email account registered to TIPFUN, sent the DHS agent an email stating that ten more people wanted to buy green cards. TIPFUN also discussed a group from Tampa, Florida that was interested in buying cards, as well as a group from California. TIPFUN and the DHS agent agreed to process more people for green cards once TIPFUN returned to the United States.

On or about October 2, 2012, TIPFUN and PANOMWAN NA AYUTTAYA met with the DHS agent at TIPFUN's restaurant in Vero Beach, Florida to discuss the purchase of additional green cards. During the meeting, SARAH TIPFUN asked if she could pay a reduced fee for one person. The DHS agent agreed. SARAH TIPFUN agreed to deposit $7,000 as payment for that individual into the DHS agent's bank account. On or about October 4, 2012, a deposit in the amount of $7,000 was made into the bank account designated by the DHS agent.

On or about October 5, 2012, TIPFUN, PANOMWAN NA AYUTTAYA, NAKORNPRAI, NUAMPATON, and fifteen aliens met with the DHS agent at TIPFUN's restaurant in Vero Beach, Florida to buy green cards. The fifteen aliens were fingerprinted and photographed by the DHS agent, and provided completed green card applications to the DHS agent. Three of the aliens were recruited by NAKORNPRAI. Two of the aliens were recruited by NUAMPATON. TIPFUN paid the DHS agent $133,000 as a down payment for fifteen green cards.

During the meetings described above, the DHS agent repeatedly told TIPFUN, PANOMWAN NA AYUTTAYA, NAKORNPRAI, NUAMPATON and the aliens that they should not tell anyone how they obtained the green cards, or everyone could go to jail for visa fraud. The DHS agent also stated that he obtained the green cards by submitting a false story claiming that the aliens had assisted the government as witnesses in an investigation. The defendants and the aliens knew the story was untrue. Nevertheless, TIPFUN, PANOMWAN NA AYUTTAYA, NAKORNPRAI, and NUAMPATON continued to recruit aliens to buy green cards through the fraudulent scheme.

### D. October 11, 2012 Take Down of Investigation and Arrest of Defendants

On or about October 11, 2012, TIPFUN, PANOMWAN NA AYUTTAYA, NAKORNPRAI, NUAMPATON and approximately twenty-five aliens who had previously purchased green cards met with the DHS agent at TIPFUN's restaurant in Vero Beach, Florida. The defendants and the aliens believed the purpose of the meeting was for the DHS agent to deliver green cards. The DHS agent was accompanied by a Thai law enforcement officer, also acting in an undercover capacity. With the Thai officer translating into Thai, the DHS agent explained to everyone present that the green cards were being obtained fraudulently, and they would go to jail if they were caught. The DHS agent stated that if anyone did not want to participate, he would give them a refund and they could leave. None of the defendants or aliens requested a refund or declined to participate.

The DHS agent asked TIPFUN about the money for the green cards. TIPFUN indicated that she had $165,000 as a final payment for the green cards, but did not have the total amount because NUAMPATON had not paid her yet. The DHS agent told the defendants and aliens that he had to go get the green cards from another location. When the DHS agent and Thai undercover left, law enforcement entered the restaurant and detained the defendants. NAKORNPRAI hid approximately $3,500 under his chair. One of TIPFUN's purses contained approximately $142,000; another of TIPFUN's purses contained approximately $22,650. NUAMPATON's purse contained approximately $38,084. These monies are set forth in the criminal forfeiture provision of the Indictment.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 2\15\13

By: _____
SHANIEK MAYNARD
ASSISTANT UNITED STATES ATTORNEY

Date: 2/6/13

By: _____
LARRY DONALD MURRELL, JR., ESQ.
COUNSEL FOR DEFENDANT

Date: 2/6/13

By: _____
SARAH TIPFUN
DEFENDANT