UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-14078-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

      Plaintiff,

vs.

SARAH TIPFUN,

      Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch Jr, on February 6, 2013. A Report and Recommendation was filed on February 15, 2013, (D.E.#141), recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate Judge Frank J. Lynch Jr, is hereby **Adopted and Approved** in its entirety.

The Defendant is adjudged guilty to Count One of the Indictment, which charges the Defendant with conspiracy to commit visa fraud and bribery, in violation of Title 18, United States Code, Sections 1546(a), 201(b)(1)(A) and (b)(1)(C); all in violation of Title 18, United States Code, Section 371.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5 day of March, 2013.

                        JOSE E. MARTINEZ
                        UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
All Counsel Of Record
U.S. Probation Office