(1" from top of page, and centered, begin title of Court)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 2:12-cr-14078-Jem -CV- Judge MARTINEZ
(Judge's Last Name/Magistrate's Last Name)

UNited STATes of AMERICA

_____

(Full Name of Plaintiff/s),

    Plaintiff(s)

vs.

SARAH TIPFUN

_____

FILED by _____ D.C.

NOV 12 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

(Full Name of Defendant/s),

    Defendant(s).
_____/

## TITLE OF DOCUMENT

I, DANiel O'Neil _____ [plaintiff or defendant], in the above styled cause, Reconsideration The Sentence See Attached Letter.

Dan O'Neil
3338 Roanoke St,
The Villages, Florida. 32162


November 7, 2014

You're Honor:

    My name is Daniel O'Neil. This letter is to support **Sarah Tipfun** and to inform you that she is a good person with good intentions and just made a mistake. I am hoping that my support and recommendation would help to reduce her punishment as she has most certainly learned her lesson.

    Sarah is 64 years old and that means 64% of the people her age are deceased. She also lost her home, business and friends. I sincerely believe it will never again.

    In closing, isn't the punishment supposed to deter one from committing a crime? I am very confident that it will never happen again.


Dan O'Neil

*[signature: Dan O'Neil]*

Sarah Tipfun
Register #00943-104
Coleman Medium FC1
846 NE 54 Terrace
Sumterville, Florida 33521

## SERVICE LIST

Antonia J. Barnes
Party or Attorney Name

antionia.barnes@usdoj.gov
Attorney E-mail Address *(if applicable)*

_____
Firm Name *(if applicable)*

500 South Australian AVE
Street Address

Suite 400, West Palm Beach Fl. 3301
City, State, Zip Code

Telephone: 561-820-8711

Facsimile: _____

_____
Attorneys for Plaintiff/Defendant
*[Party's Name(s)] (if applicable)*


Carmen M. Lineberger
Party or Attorney Name

CARMEN.LINEBERGER@USDOJ.GOV
Attorney E-mail Address *(if applicable)*

_____
Firm Name *(if applicable)*

101 South US. Hwy 1
Street Address

Suite 3100 Fort Pierce Fl. 34950
City, State, Zip Code

Telephone: 772-293-0944

Facsimile: _____

_____
Attorneys for Plaintiff/Defendant
*[Party's Name(s)] (if applicable)*

## SERVICE LIST

Sarah Tipfun
Party or Attorney Name

_____
Attorney E-mail Address *(if applicable)*

_____
Firm Name *(if applicable)*

P.O. Box 1027
Street Address

Coleman, Fl. 33521-1027
City, State, Zip Code

Telephone: _____

Facsimile: _____

_____
Attorneys for Plaintiff/Defendant
*[Party's Name(s)] (if applicable)*


Larry Donald Murrell, Jr.
Party or Attorney Name

Idmpa@BellSouth.Net
Attorney E-mail Address *(if applicable)*

_____
Firm Name *(if applicable)*

400 Executive Center Drive
Street Address

Suite 201 West Palm Beach Fl. 33401
City, State, Zip Code

Telephone: 561-686-2700

Facsimile: _____

_____
Attorneys for Plaintiff/Defendant
*[Party's Name(s)] (if applicable)*